O

FILED-SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

DEC - 8 2016

CENTRAL DISTRICT OF CALIFORNIA
BY                            DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　　　　v.<br><br>MICHAEL PAUL RODRIGUEZ<br><br>　　　　　Defendant. | CASE NO.  SA CR15-0134 DOC<br><br>ORDER OF DETENTION AFTER HEARING ( Fed.R.Crim.P. 32.1(a)(6) (Allegations of Violations of Probation/ Supervised Release Conditions of Release) |

　　　On arrest warrant issued by a United States District Court involving alleged violations of conditions of probation or Supervised Release,

　　　The court finds no condition or combination of conditions that will reasonably assure:

　　　(A)  ( ✓ )  the appearance of defendant as required; and/or

　　　(B)  ( ✓ )  the safety of any person or the community.

//

//

1    The court concludes:
2  A.    (✓) Defendant poses a risk to the safety of other persons or the community
3        because defendant has not demonstrated by clear and convincing
4        evidence that:
5        _Defendant submits to_
6        _detention._
7        _____
8        _____
9
10 (B)   (✓) Defendant is a flight risk because defendant has not shown by clear
11       and convincing evidence that:
12       _See above._
13       _____
14       _____
15       _____
16
17       IT IS ORDERED that defendant be detained.
18
19
20
21 DATED: December 8, 2016
22
23                                    _____
24                                    HONORABLE JAY C. GANDHI
                                      UNITED STATES MAGISTRATE JUDGE
25
26
27
28